# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DIANNA PETERMAN and B. P., a minor child,<br>    Plaintiff(s),<br><br>vs.<br><br>PAT CAUSEY, ET AL,<br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JUDGMENT IN CASE<br><br>5:13-cv-00029-RLV |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2013 Order.

March 8, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court